United States District Court
Southern District of Texas
**ENTERED**
October 18, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REANNA RENE, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:22-cv-00853 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| RODERICK CLIFFORD BARR, *et al*, | § | |
| Defendants. | § | |

## ORDER

By email to the Case Manager, counsel for Defendants Roderick Clifford Barr, *et al* has provided notice of settlement of this dispute.

All claims by Plaintiff Reanna Rene against Defendants are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate the claims against Defendants if approval of documentation or condition precedent fails.

SO ORDERED.

Signed on October 18, 2023, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge